```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL W. MCGUIGAN,

                Plaintiff,

     -against-                           MEMORANDUM AND ORDER
                                         08-CV-3065(JS)(ETB)
INTERNAL REVENUE SERVICE,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Michael W. McGuigan, Pro Se
                    606 Birch Hollow Drive
                    Shirley, NY 11967

For Defendant:      Joseph R. Rodriguez, Esq.
                    U.S. Department of Justice
                    P.O. Box 55
                    Ben Franklin Station
                    Washington, DC 20044
```

SEYBERT, District Judge:

Pursuant to the Second Circuit's September 19, 2010 order ("September 19 Order"), Michael W. McGuigan ("Plaintiff") is hereby GRANTED leave to replead under I.R.C. § 1341, 26 U.S.C. § 1341. Plaintiff is directed to file an Amended Complaint on or before December 20, 2010.

The Court reminds Plaintiff that, should he decide to file an Amended Complaint, he must allege facts specific enough to raise a claim under I.R.C. § 1341, 26 U.S.C. § 1341. The Court further reminds Plaintiff that any Amended Complaint must be captioned as an "Amended Complaint" and bear the same docket number as this Order. If Plaintiff does not file an Amended Complaint by December 20, 2010, his original Complaint will be dismissed with

prejudice and this case will be closed.

The Clerk of the Court is directed to mail Plaintiff a copy of this Order.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:   October  22 , 2010
         Central Islip New York